# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COURTNEY GROGAN, Successor Trustee of the Joe C. Cole Revocable Trust, under trust agreement dated March 28, 2002, and ATKINSON, HASKINS, NELLIS, BRITTINGHAM, GLASS & FIASCO, an Oklahoma Professional Corporation,<br><br>  Appellants<br><br>vs.<br><br>MIRANDA KRISTIN RENFROW,<br><br>  Appellee. | Case No.  19-CV-248-TCK-FHM<br><br>Appeal from:  Adv Case No. 17-1027-R<br>U.S. Bankruptcy Court N. D. Oklahoma<br>Honorable Judge Dana L. Rasure |

## OPINION AND ORDER

Defendant'/Appellants' Combined Motion for Extension of Briefing Deadlines and Enlargement of Page Limits, [Dkt. 24, 25], is before the undersigned United States Magistrate Judge for decision.

The motions [Dkt. 24, 25], are GRANTED and the briefing schedule is altered, as follows:

      Appellants' brief is due by August 16, 2019;

      Appellee's response brief is due by September 20, 2019;

      Appellants' reply brief is due by October 11, 2019.

Appellant is permitted to file an opening brief not to exceed 60 pages.

SO ORDERED this 11th day of July, 2019.

*Frank H. McCarthy*
FRANK H. MCCARTHY
UNITED STATES MAGISTRATE JUDGE