UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

COURTNEY GROGAN, Successor Trustee of the Joe C. Cole Revocable Living Trust, under trust agreement Dated March 28, 2002,
and
ATKINSON, HASKINS, NELLIS, BRITTINGHAM, GLASS & FIASCO, an Oklahoma Professional Corporation,

Appellants,

vs.

Miranda Kristin Renfrow,

Appellee.

Case No. 19-CV-248-TCK-FHM

Appeal from: Adv. Case No. 17-01027-R
U.S. Bankruptcy Court N.D. Oklahoma
Honorable Judge Dana Rasure

## OPINION AND ORDER

Plaintiff/Appellee's Unopposed Motion for Enlargement of Briefing Page Limitation, [Dkt. 33], is GRANTED.

Appellee is permitted to file a Response Brief not to exceed forty (40) pages.

**SO ORDERED** this 18th day of September, 2019

FRANK H. MCCARTHY
UNITED STATES MAGISTRATE JUDGE